PETER E. BRIXIE, S.B.#124186
Attorney at Law
410 Twelfth Street, Suite One
Sacramento, CA 95814
Telephone: (916) 658-1880
Facsimile: (916) 658-1884
Email: peterbrixie@gmail.com

**Attorney for WAYNE McCONICO**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE McCONICO,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL<br>ACTING COMMISSIONER OF SOCIAL SECURITY,<br>Defendant | **CASE NO.:   2:16-CV-01971-CMK**<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file a motion for summary judgment in the above-referenced case is hereby extended to the new filing date of June 14, 2017.  I have another motion summary judgments due this month as well as seven hearings this month. The extension is needed due to press of business in plaintiff's attorney's office.

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION

This is the 1st request for extension by plaintiff.

Dated: 5/10/17  /s/ *Peter Brixie*
PETER BRIXIE
Attorney at Law
Attorney for Plaintiff

Dated: 5/10/17  /s/ *C. Hay-Mie Cho*
C. HAY-MIE CHO
Special Assistant U. S. Attorney
Attorney for Defendant

___ooo__

APPROVED AND SO ORDERED

Dated: May 24, 2017

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME TO FILE AND SERVE MOTION