PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
C. HAY-MIE CHO, CSBN 282259
Special Assistant United States Attorney
   160 Spear Street, Suite 800
   San Francisco, California 94105
   Telephone: (415) 268-5610
   Facsimile: (415) 744-0134
   E-Mail: haymie.cho@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| WAYNE MCCONICO,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,[1]<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:16-cv-01971-CMK<br><br>ORDER |

Having reviewed the Stipulation of the parties and finding good cause, the Court hereby APPROVES and ADOPTS the parties' Joint Stipulation to Extend Briefing Schedule as the Order of this Court. The Court hereby EXTENDS the schedule in this matter as follows:

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

[Proposed] Order to Extend Briefing Schedule; 2:16-cv-01971-CMK

1. The deadline for Defendant to file her response to Plaintiff's motion for summary judgment is extended forty-five (45) days to August 28, 2017.

2. Plaintiff's reply will be due on September 14, 2017.

3. All other deadlines and scheduling matters set forth in the Court's Scheduling Order dated December 13, 2016, remain the same.

IT IS SO ORDERED.

Dated: July 13, 2017

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE